UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-21-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| CLAUDETTE PETRINA GRIFFIN | |

On motion of the Defendant, Claudette Petrina Griffin, and for good cause shown, it is hereby ORDERED that the [DE-37] be sealed until further notice by this Court.

SO ORDERED.

This 23 day of June, 2016.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE